FILED
CLERK, U.S. DISTRICT COURT

OCT - 5 2020

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

        Plaintiff,

        v.

JOHN LEROY REVELS,

        Defendant.

)
)
)
)
)
)
)
)
)
)
)
)

Case No. 2:12-CR-00722-TJH-4

ORDER OF DETENTION AFTER HEARING

[Fed. R. Crim. P. 32.1(a)(6); 18 U.S.C. § 3143(a)]

    The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the Central District of California for alleged violations of the terms and conditions of his/her supervised release; and

    The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a), hereby finds the following:

    A. (x) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c).

    B. (x) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to pose a danger to the safety of

any other person or the community if released under 18 U.S.C. § 3142(b) or (c).

These findings are based on: *nature of current allegations; lack of known bail resources; an refusal to interview with pretrial services all suggest lack of amenability to compliance with supervision.*

IT THEREFORE IS ORDERED that the defendant be detained pending the final revocation proceedings.

Dated: ___10/5/7 0___

_____
HONORABLE AUTUMN D. SPAETH
United States Magistrate Judge